**Opinion issued August 28, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———

## NO. 01-14-00330-CR

———

## KENNETH KIRK MAYES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 176th District Court of Harris County**
**Trial Court Cause No. 1340003**

---

## MEMORANDUM OPINION

Counsel for appellant, Kenneth Kirk Mayes, has filed a motion to dismiss the appeal signed by Mayes. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion.  *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).